IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHNNY EARL EVANS,** <br><br>                              Plaintiff, <br><br> v. <br><br> **JAMES TILTON, et al.,** <br><br>                              Defendants. | 1:07-cv-01814-LJO-DLB (PC) <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** <br><br> DOCUMENT #18 <br><br> DEADLINE: MARCH 11, 2009 |

   On February 9, 2009, Defendants Zamora and Youssef filed a Motion for Extension of time to file a responsive pleading. Good cause appearing, Defendants are granted a thirty day extension of time, to and including March 11, 2009, to file a responsive pleading.

   IT IS SO ORDERED.

   Dated:   **February 12, 2009**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1