IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | 1:07-cv-01814-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND THE CONSENT/DECLINE DEADLINE BY TEN DAYS |
| vs. | |
| JAMES E. TILTON, et al., | (Motion#25) |
| Defendants. | 10-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2009, Defendant Zamora filed a motion to extend the consent deadline by ten days.[1] Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Zamora is granted a ten (10) day extension of time, up to an including May 11, 2009, to file the consent or decline to Magistrate Judge jurisdiction form.

IT IS SO ORDERED.

Dated: **May 4, 2009**       /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's motion is titled as a request to extend time to file a response to Plaintiff's complaint. Defendant filed an answer to the complaint on March 11, 2009 and any such request is disregarded as moot. (Doc. 20).